# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGEL VILLAFANA, | Case No. 2:19-cv-01117-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DIVISION CHILD FAMILY SERVICES, | |
| Defendant. | |

Presently before the court is plaintiff's application to proceed *in forma pauperis* (ECF No. 1), filed on June 26, 2019. Also before the court is plaintiff's notice (ECF No. 3), filed on July 3, 2019.

Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a signed financial certificate. Plaintiff's application to proceed *in forma pauperis* does not include an inmate account statement nor a properly executed financial certificate. However, plaintiff's notice acknowledges the missing account statement and financial certificate and states that there will be a delay in obtaining the necessary information. (Notice (ECF No. 3).) In light of plaintiff's representations, plaintiff must submit the missing documents within 30 days from the date of this order, or in the alternative, pay the full filing fee for this action. Plaintiff is advised that if she has been incarcerated for fewer than six months, then she must submit an inmate account statement for the period she has been incarcerated.

//

//

//

IT IS THEREFORE ORDERED that within thirty days from the date of this order, plaintiff must either: (1) submit an inmate account statement and a properly executed financial certificate; or (2) pay the full $400 fee.

DATED: July 19, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE