# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANGEL VILLAFANA, | Case No. 2:19-cv-01117-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| DIVISION CHILD FAMILY SERVICES, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion/Application for Leave to proceed *in forma pauperis* (ECF No. 1), Motion to Compel (ECF No. 7) and Motion for Leave to File Amended Complaint (ECF No. 9).

However, the Court previously found that Plaintiff's application to proceed *in forma pauperis* was incomplete. Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a signed financial certificate. Plaintiff's application to proceed *in forma pauperis* does not include an inmate account statement nor a properly executed financial certificate. (ECF No. 1). Further, Plaintiff filed a Notice acknowledging the missing account statement and financial certificate and stating that there will be a delay in obtaining the necessary information. (ECF No. 3). Accordingly, the Court ordered Plaintiff to submit the missing documents within 30 days from its July 19, 2019 Order, or in the alternative, pay the full filing fee for this action. Plaintiff has failed to comply to date. Without that information being provided, the Court is unable to rule on the request to proceed *in forma pauperis*.

Further, Plaintiff has filed a Motion to Compel and Motion for Leave to File Amended Complaint, which the Court will deny as premature. Plaintiff has not been granted authority to proceed *in forma pauperis* and a complaint has not been permitted to proceed.

IT IS THEREFORE ORDERED that:

1. The pending application to proceed in forma pauperis (ECF No. 1) is **denied without prejudice** as incomplete.

2. Plaintiff shall either make the necessary arrangements to pay the full filing fee, accompanied by a copy of this order, or file an Application to Proceed in forma pauperis with the requisite inmate account statement and a properly executed financial certificate by **November 18, 2019**.

3. Failure to comply will result a recommendation that this case be dismissed.

4. Plaintiff's Motion to Compel (ECF No. 7) is **denied without prejudice**.

5. Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 9) is **denied without prejudice**.

DATED: October 21, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE